UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEANNE MARIE COTTLE,<br><br>        Defendant. | Case No. 4:12-cr-00252-BLW<br><br>**ORDER** |

**ORDER**

**IT IS ORDERED:**

1. Defendant Deanne Cottle's passport shall be returned to her.

DATED: **July 17, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1